SCOTT SCHOOLS
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

E-FILING

FILED
SEP 13 2007
CLERK
NORTHERN...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
   v.
Richard Gamez,
   Defendant.

CRIMINAL NO. CR07-70540 PVT

NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 9/13/07, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other _____

pending in the Western District of Washington, Case Number 07CR 0028 RSM

In that case, the defendant is charged with a violation(s) of Title(s) ___ United States Code, Section(s) ___.

Description of Charges: 18 USC §1029(a)(2) + 1029(b)(2)

Date: 9/13/07

Respectfully Submitted,
SCOTT SCHOOLS
UNITED STATES ATTORNEY

_____
Assistant U.S. Attorney

1

Case 2:07-cr-00281-RSM *SEALED*   Document 3-2   Filed 08/08/2007   Page 1 of 1

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

RICHARD GAMEZ

**WARRANT FOR ARREST**

CASE NUMBER: CR07-281RSM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RICHARD GAMEZ___ and bring him or her forthwith to the nearest magistrate judge to answer a(n) INDICTMENT charging him or her with:

**CT 1: CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD**
**CTS 2-7: FRAUD AND RELATED ACTIVITY IN CONNECTION WITH ACCESS DEVICES**

in violation of Title __18__ United States Code, Section(s) _1029(a)(1), 1029(b)(2) and 2_

| Heather Arent-Zachary | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Heather Arent-Zachary | August 9, 2007 at Seattle, Washington |
| Signature of Issuing Officer | Date and Location |

[MAT]
Bail fixed at _____ by _____

U.S. SECRET SERVICE
RECEIVED
AUG 13 2007
Seattle, Washington

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

07-CR-00281-WV

Case 2:07-cr-00281-RSM *SEALED*   Document 1   Filed 08/08/2007   Page 1 of 5



Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

AUGUST 8, 2007
BRUCE RIFKIN, Clerk
By _____ Deputy

07-CR-00281-IND

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD GAMEZ and
CASSANDRA WOOD,

    Defendants.

CR07 0281 RSM

INDICTMENT

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington
By _____
    Deputy Clerk

The Grand Jury charges that:

## COUNT 1
### (Conspiracy to Commit Access Device Fraud)

Beginning on a date unknown, but within the last five years, and continuing until on or about June 15, 2006, within the Western District of Washington and elsewhere, the defendants, RICHARD GAMEZ and CASSANDRA WOOD, and others known and unknown to the Grand Jury, knowingly and with intent to defraud did conspire to traffic in and use one or more unauthorized access devices during a one-year period, with said trafficking and use affecting interstate commerce, and by such conduct obtained things of value aggregating $1,000 or more during that period.

In furtherance of the conspiracy, one or more conspirators committed, and caused to be committed, the overt acts set forth in Counts 2 through 7 of this

INDICTMENT/USA v. Gamez and Woods - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

09/13/07 08:23 FAX 4252970540 Case 5:07-mj-70540-PVT  Document 1  Filed 09/13/2007  Page 4 of 7  @004
09/12/07 15:16 FAX 0000000 00000

Case 2:07-cr-00281-RSM *SEALED*   Document 1   Filed 08/08/2007   Page 2 of 5

1 Indictment, all of which are incorporated herein by reference and alleged as separate
2 overt acts as if fully set forth herein.
3 All in violation of Title 18, United States Code, Sections 1029(a)(2) and
4 1029(b)(2).

## COUNT 2
### (Fraud and Related Activity in Connection with Access Devices)

7 On or about June 3, 2006, within the Western District of Washington, at
8 Bellevue, the defendant, RICHARD GAMEZ, knowingly and with intent to defraud
9 trafficked in and used, and aided and abetted the trafficking and use of, an unauthorized
10 access device, to wit: a revoked and cancelled Visa debit card, account number
11 XXXX XXXX XXXX 3003, said trafficking and use affecting interstate commerce in
12 that the debit card was obtained in California and transported to Washington, and by
13 such conduct, during a one-year period, obtained things of value from d'Original
14 Jewelers in the approximate amount of $7,312.45.

15 The Grand Jury further alleges that this offense was committed during and in
16 furtherance of the conspiracy charged in Count 1 above.

17 All in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 3
### (Fraud and Related Activity in Connection with Access Devices)

On or about June 11, 2006, within the Western District of Washington, at
Tukwila, the defendant, RICHARD GAMEZ, knowingly and with intent to defraud
trafficked in and used, and aided and abetted the trafficking in and use of, an
unauthorized access device, to wit: a revoked and cancelled Visa debit card, account
number XXXX XXXX XXXX 3003, said trafficking and use affecting interstate
commerce in that the debit card was obtained in California and transported to
Washington, and by such conduct, during a one-year period, obtained things of value
from Video Only in the approximate amount of $6,667.19.

INDICTMENT/USA v. Gamez and Woods - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Sep 13 2007 12:37pm P004/008   Fax   US ATTORNEY OFFICE

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1 above.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 4
### (Fraud and Related Activity in Connection with Access Devices)

On or about June 11, 2006, within the Western District of Washington, at Tukwila, the defendant, RICHARD GAMEZ, knowingly and with intent to defraud trafficked in and used, and aided and abetted the trafficking in and use of, an unauthorized access device, to wit: a revoked and cancelled Visa debit card, account number XXXX XXXX XXXX 3003, said trafficking and use affecting interstate commerce in that the debit card was obtained in California, and transported to Washington, and by such conduct, during a one-year period, obtained things of value from CarToys in the approximate amount of $4,515.16.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1 above.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 5
### (Fraud and Related Activity in Connection with Access Devices)

On or about June 11, 2006, within the Western District of Washington, at Tukwila, the defendant, RICHARD GAMEZ, knowingly and with intent to defraud trafficked in and used, and aided and abetted the trafficking in and use of, an unauthorized access device, to wit: a revoked and cancelled Visa debit card, account number XXXX XXXX XXXX 3003, said trafficking and use affecting interstate commerce in that the debit card was obtained in California and transported to Washington, and by such conduct, during a one-year period, obtained things of value from FYE in the approximate amount of $2,347.62.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1 above.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 6
(Fraud and Related Activity in Connection with Access Devices)

On or about June 3, 2006, within the Western District of Washington, at Bellevue, the defendants, RICHARD GAMEZ and CASSANDRA WOOD knowingly and with intent to defraud trafficked in and used, and aided and abetted the trafficking in and use of, an unauthorized access device, to wit: a revoked and cancelled Visa debit card, account number XXXX XXXX XXXX 3711, said trafficking and use affecting interstate commerce in that the debit card was obtained in California and transported to Washington, and by such conduct, during a one-year period, obtained things of value from International Diamond in the approximate amount of $4,619.64.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1 above.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 7
(Fraud and Related Activity in Connection with Access Devices)

On or about June 5, 2006, within the Western District of Washington, at Tukwila, the defendants, RICHARD GAMEZ and CASSANDRA WOOD, knowingly and with intent to defraud trafficked in and used, and aided and abetted the trafficking in and use of, an unauthorized access device, to wit: a revoked and cancelled Visa debit card, account number XXXX XXXX XXXX 3711, said trafficking and use affecting interstate commerce in that the debit card was obtained in California and transported to Washington, and by such conduct, during a one-year period, obtained things of value from International Diamond in the approximate amount of $3,803.82.

INDICTMENT/USA v. Gamez and Woods - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  The Grand Jury further alleges that this offense was committed during and in
2  furtherance of the conspiracy charged in Count 1 above.
3  All in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

A TRUE BILL:

DATED: 8 Aug. 2007

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
JEFFREY C. SULLIVAN
United States Attorney

_____
LAWRENCE LINCOLN
Assistant United States Attorney

_____
JANET FREEMAN
Assistant United States Attorney

INDICTMENT/USA v. Gamez and Woods - 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970