DOCUMENTS UNDER SEAL □                                    TOTAL TIME (mins): 7

| MAGISTRATE JUDGE **MINUTE ORDER** | DEPUTY CLERK Corinne Lew | REPORTER/FTR FTR |
|---|---|---|

| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 9/13/07 | NEW CASE ☒ | CASE NUMBER CR 07-70540 PVT |
|---|---|---|---|

## APPEARANCES

| DEFENDANT Richard Gamez | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT C. Lie | PD. ☒ RET. □ APPT. □ |
|---|---|---|---|---|---|

| U.S. ATTORNEY S. Yen | INTERPRETER | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER J. Carranza | DEF ELIGIBLE FOR APPT'D COUNSEL □ | PARTIAL PAYMENT OF CJA FEES □ |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR | □ PRELIM HRG | □ MOTION | □ JUGM'T & SENTG | □ STATUS |
|---|---|---|---|---|
| □ I.D. COUNSEL | □ ARRAIGNMENT | □ BOND HEARING | □ INITIAL APPEAR REV PROB OR S/R | □ OTHER |
| □ DETENTION HRG | □ ID / REMOV HRG | □ CHANGE PLEA | □ PROB. REVOC. | □ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED □ CASH $ | CORPORATE SECURITY □ | REAL PROPERTY: □ |
|---|---|---|

| ☒ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 9/19/07 | □ ATTY APPT HEARING | □ BOND HEARING | □ STATUS RE: CONSENT | □ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 1:30 p.m. | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR ARRAIGN-MENT | □ CHANGE OF PLEA | □ OTHER |
| BEFORE HON. Patricia V. Trumbull | ☒ DETENTION HEARING | | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY / REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS