**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**Filed**

OCT 10 2007

General Court Number
408-535-5363
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

September 20, 2007



FILED
LODGED
RECEIVED

OCT 01 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                               DEPUTY

**Clerk of Court**
**U.S. District Court-Western District**
**700 Stewart St.,**
**Seattle, WA 98101**

Case Name: **US -v- Richard Gomez**
Case Number: **CR-07-70540-PVT (Your Case# 07CR00281RSM)**
Charges: **18:1029(a)(2) & 1029(b)(2)**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )  The defendant has a court appearance in your court on:

Enclosed are the following documents:

original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____Cita F. Escolano_____
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____CR07-281 RSM_____.

Date: __10/2/07__

CLERK, U.S. DISTRICT COURT
By _____
Deputy Clerk